UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DOUGLAS CLAY OSBORNE, | ) | CASE NO. 1:06 CV 1029 |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) | |
| STATE OF OHIO, et al., | ) | MEMORANDUM OF OPINION AND ORDER |
| Respondents. | ) | |

On April 26, 2006, petitioner *pro se* Douglas Clay Osborne, a state prisoner at the Mansfield Correctional Institution, filed the above-captioned habeas corpus action. For the reasons stated below, this action is dismissed.

Mr. Osborne does not set forth any intelligible bases or grounds for relief. As there is no indication on the face of the petition that he seeks to raise an issue cognizable in habeas corpus, the petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed.R.App.P. 22(b).

IT IS SO ORDERED.

DATE: 6/26/06

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE